*Winfrey & Winfrey, for appellees.*

---

L. TOWLER *v.* JNO. R. WILSON.

**Trial—Motion for Non-Suit—When to Be Made.**

> A motion for non-suit is usually made immediately after the plaintiff has closed his evidence, on the grounds that the testimony fails to make out a cause of action against the defendant.

**Second Trial—Exception to Instructions.**

> As the ruling of the court in giving the instructions was not excepted to by appellant, the Court of Appeals will not review them.

APPEAL FROM HENDERSON CIRCUIT COURT.

March 11, 1872.

OPINION BY JUDGE PETERS:

A motion for a non-suit is usually made immediately after the plaintiff below has closed his evidence on the ground that the testimony fails to make out a cause of action against the defendant; in this case *prima facie* the note itself was sufficient to authorize a recovery, and without evidence to sustain the defense relied on by the defendant, judgment would have gone as a matter of course, and motion for a non-suit after the defendant had closed his evidence was properly overruled.

Although we can not concur with the court below in some of the propositions submitted in the instructions to the jury as the correct exposition of the law of the case, still, as the ruling of the court in giving the instructions to the jury was not excepted to by appellant, we can not review them, as has been repeatedly held by this court.

Wherefore the judgment must be affirmed.

*Vance & Merritt, for appellant.*

*R. H. Cunningham, for appellee.*